UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. VERA,<br><br>    Plaintiff,<br><br>v.<br><br>DR. FRACCIANI,<br><br>    Defendant. | Case No. 22-01484 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On March 8, 2022, Plaintiff, a California inmate, filed the instant *pro se*, civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"), and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. ECF No. 2. The deadline, April 15, 2022, has passed and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:    April 25, 2022

EDWARD J. DAVILA
United States District Judge